IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: MARK C SCHREIBER | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| - Creditor | ) | No. 12B50946 |
| Green Tree Servicing LLC | ) | |
| | ) | |
| v. | ) | Judge |
| | ) | Donald R. Cassling |
| MARK C SCHREIBER - Debtor | ) | |
| | ) | |

NOTICE OF MOTION

TO: SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON May 10, 2013 at 10:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, Dupage County Courthouse Courtroom 4016, 505 North County Farm Road, Wheaton, Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on May 2, 2013, with proper postage prepaid.

PIERCE & ASSOCIATES, P.C.

/s/Yanick Polycarpe

ARDC#6237892
1 N. Dearborn, Ste. 1300
Chicago, Illinois 60602
312-346-9088

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

13-1773

NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice through ECF**

To Debtor:
MARK C SCHREIBER
453 Raintree Drive, Unit 1M
Glen Ellyn, IL 60137
**by U.S. Mail**

To Attorney:
Mohammed O Badwan
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys For:
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA13-1773

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE: MARK C SCHREIBER | ) | |
| | ) | |
| Green Tree Servicing LLC | ) | |
| Creditor, | ) | Case No. 12B50946 |
| | ) | Judge Donald R. Cassling |
| vs. | ) | |
| | ) | |
| MARK C SCHREIBER, | ) | |
| Debtor(s), | ) | |

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Green Tree Servicing LLC, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 453 Raintree Drive, Unit 1M, Glen Ellyn, IL 60137, be Modified, stating as follows:

1. On December 31, 2012, the above captioned Chapter 13 was filed.
2. On February 25, 2013, the above captioned Chapter 13 was confirmed.
3. Green Tree Servicing LLC services the first mortgage lien on the property located at 453 Raintree Drive, Unit 1M, Glen Ellyn, IL 60137.
4. The Plan calls for the debtor to surrender the property located at 453 Raintree Drive, Unit 1M, Glen Ellyn, IL 60137.
5. Green Tree Servicing LLC continues to be injured each day it remains bound by the Automatic Stay.
6. Green Tree Servicing LLC is not adequately protected.

7. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 453 Raintree Drive, Unit 1M, Glen Ellyn, IL 60137, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Green Tree Servicing LLC to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

Green Tree Servicing LLC

/s/Dana N. O'Brien
Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088